## LYNCH v. HARRIS.

No. 1502.   Opinion Filed May 14, 1912.

(124 Pac. 50.)

INDIAN LANDS.   Syllabus same as in Lynch v. Harris, ante, 124 Pac. 50.

(Syllabus by the Court.)

*Error from District Court, Rogers County;
T. L. Brown, Judge.*

Action by William B. Harris, a minor, by J. B. Rutherford, guardian, against Elzira Lynch, a minor, by Moses Riley, guardian.   Judgment for plaintiff, and defendant brings error.   Reversed and remanded, with instructions.

*Starr & Patten,* for plaintiff in error.

*J. B. Rutherford* and *Parker, Rider & Brown,* for defendant in error.

HAYES, J.   The material facts in this case are so similar to the facts in *Lynch v. Harris, ante,* 124 Pac. 50, that it presents identically the same question of law that was presented and decided in that case, and it follows upon the authority of that case that the judgment of the trial court should be reversed and the cause remanded, with instructions to enter judgment denying the plaintiff in error the relief prayed for in his petition filed in the trial court; and it is so ordered.

TURNER, C. J., and WILLIAMS, KANE, and DUNN, JJ., concur.